Peoples Trust City Bank, Appellant, *v.* Adams, et al.

Before HESS, P. J.

Argued December 10, 1973. *Edward A. Savastio,* with him *Leonard Levin,* and *Savastio, Levin and Sereni,* for appellant; *Mark C. McQuillen,* for Girton Manufacturing Company, appellee; *David M. Kozloff,* with him *Rhoda, Stoudt and Bradley,* for William C. Adams, appellee; *Richard A. Bausher,* with him *Stevens & Lee,* for Lehigh Valley Cooperative Farmers, appellee; *George R. Eves,* for Agway, Inc., appellee.

Judgment affirmed.

Riggi *v.* Memolo, et al., Appellants.

Before WALSH, J.

Argued March 28, 1974. *Paul A. McGlone,* with him *John J. Byrne,* for appellants; *James T. McHale,* with him *O'Malley and McHale,* for appellee.

Judgment affirmed.